1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

JUMAH ALI-THOMAS MOORE,                    No. C 06-02105 SBA (PR)

5

          Plaintiff,                          **ORDER DISMISSING EXCESSIVE**

6

   v.                                          **FORCE CLAIMS AGAINST**
**DEFENDANTS THOMAS AND PULIDO**

7

M. THOMAS, et al.,

8

          Defendants.

9

      ————————————————————/

10

      On September 30, 2008, the Court issued an Order of Service and directed Plaintiff to amend

11

his excessive force claims against Defendants Thomas and Pulido.  The Court gave Plaintiff until

12

October 30, 2008 to file an amendment to the complaint.  Failure to do so would result in dismissal

13

of his excessive force claims without prejudice.  The time to file the amendment to the complaint has

14

passed, and Plaintiff has failed to do so.  Accordingly,

15

      IT IS HEREBY ORDERED that the excessive force claims against Defendants Tomas and

16

Pulido are dismissed without prejudice.

17

      IT IS SO ORDERED.

18

DATED: 11/4/08                          _____
                                     SAUNDRA B Armstrong

19

                                     SAUNDRA BROWN ARMSTRONG
                                     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

**United States District Court**
**For the Northern District of California**

1

2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   JUMAH ALI-THOMAS MOORE,
                                            Case Number: CV06-02105 SBA
5                Plaintiff,
                                            **CERTIFICATE OF SERVICE**
6       v.

7   M THOMAS et al,

8                Defendant.
    _____/
9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
11
    That on November 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
13  in the Clerk's office.

14

15
    Jumah Ali-Thomas Moore D-62389
16  Pelican Bay State Prison
    P.O. Box 7000
17  Crescent City, CA 95532

18
    Dated: November 7, 2008
19
                                            Richard W. Wieking, Clerk
20                                          By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28

    P:\PRO-SE\SBA\CR.06\Moore2105.dismissThomas&Pulido.wpd

United States District Court
For the Northern District of California