IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jumah Ali-Thomas Moore,<br><br>    Plaintiff,<br><br>        v<br><br>M. Thomas, et al.,<br><br>    Defendants. | Case No C 06-2105 SBA (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on February 24, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☒ Warden or warden's representative, William Barlow

☒ Office of the California Attorney General, Trace Maiorino

☐ Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☒ The parties agree to attempt a global settlement conference of all plaintiff's cases within sixty days of the date of this settlement conference.

_____.

☐ The parties are unable to reach an agreement at this time.

Date: 2/25/09        _____
                     Nandor J Vadas
                     United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOORE

v.

CDC
_____/

No. C 06-2105 SBA

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/25/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Jumah Ali-Thomas Moore**
D-62389
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95532


RICHARD W. WIEKING, CLERK


By:/s/_____
Deputy Clerk

3