**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
2
3  JUMAH ALI-THOMAS MOORE,                    No. C 06-02105 SBA (PR)

4              Plaintiff,                     **ORDER GRANTING PLAINTIFF'S**
                                             **MOTION FOR EXTENSION OF TIME**
5       v.                                   **TO COMPLETE MANDATORY**
                                             **SETTLEMENT CONFERENCE**
6  CALIFORNIA DEPARTMENT OF
   CORRECTIONS, et al.,                      (Docket no. 96)
7
              Defendants.
8  _____/

9          The Northern District of California has established a Pro Se Prisoner Settlement Program.

10  Certain prisoner civil rights cases may be referred to a neutral magistrate judge for prisoner

11  settlement proceedings.  The proceedings will consist of one or more conferences as determined by

12  Magistrate Judge Nandor Vadas.  The conferences shall be conducted at Pelican Bay State Prison

13  with Defendants and/or the representative for Defendants attending by videoconferencing if they so

14  choose.

15         In an Order dated January 21, 2009, the present case was referred to Magistrate Judge Vadas

16  for settlement proceedings pursuant to the Pro Se Prisoner Settlement Program.

17         On February 24, 2009, settlement proceedings took place before Magistrate Judge Vadas;

18  however, the parties were not able to reach an agreement.  Instead, Magistrate Judge Vadas's Report

19  of Pro Se Prisoner Early Settlement Proceeding informed the Court that, "[t]he parties agree[d] to

20  attempt a global settlement conference of all plaintiff's cases within sixty days of the date of this

21  settlement conference."  (Feb. 25, 2009 Report at 2.)

22         Before the Court is Plaintiff's motion for an extension of time to complete the global

23  settlement conference.  Having considered the papers filed in support of Plaintiff's motion and good

24  cause appearing, the Court finds that an extension of time is appropriate.

25         Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time to

26  complete the global settlement conference (docket no. 96) is GRANTED.  The time in which to

27  complete the global settlement conference will be extended up to and including **May 25, 2009.**

28  Magistrate Judge Vadas shall coordinate a time and date for the global settlement conference with

1   all interested parties and/or their representatives and, within **five (5) days** after the conclusion of the

2   settlement proceedings, file with the Court a report regarding the prisoner settlement proceedings.

3      The Clerk of the Court shall serve a copy of this Order on Magistrate Judge Vadas in Eureka,

4   California.

5      This Order terminates Docket no. 96.

6      IT IS SO ORDERED.

7   DATED: 4/22/09

    *Saundra B Armstrong*

8   SAUNDRA BROWN ARMSTRONG
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   UNITED STATES DISTRICT COURT

     P:\PRO-SE\SBA\CR.06\Moore2105.EOTsettlement.frm

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  FOR THE
   NORTHERN DISTRICT OF CALIFORNIA

2

3  JUMAH ALI-THOMAS MOORE,

                                          Case Number: CV06-02105 SBA
4              Plaintiff,
                                          **CERTIFICATE OF SERVICE**
5    v.

6  M THOMAS et al,

7              Defendant.
   _____/

8

9  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

10

11  That on April 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
12  located in the Clerk's office.

13

14

15  Jumah Ali-Thomas Moore D-62389
    Pelican Bay State Prison
16  P.O. Box 7000
    Crescent City, CA 95532

17

    Dated: April 23, 2009

18                                        Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.06\Moore2105.EOTsettlement.frm