1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   Jumah Ali-Thomas Moore,                    Case No C 06-2105 SBA

13            Plaintiff,                         REPORT OF PRO SE PRISONER
                                                 EARLY SETTLEMENT
14        v                                      PROCEEDING

15   M. Thomas, et al.,

16            Defendants.

17

18

19        A settlement conference in this matter was held on  May 19, 2009 .  The results of that

20   proceeding are indicated below:

21   (1)    The following individuals, parties, and/or representatives participated in the

22          proceeding, each possessing the requisite settlement authority:

23             ☒  Plaintiff

24             ☐  Warden or warden's representative, William Barlow

25             ☒  Office of the California Attorney General, Trace Maiorino

26             ☒  Other: California Department of Corrections and Rehabilitation

27

28

**United States District Court**
For the Northern District of California

1    (2)    The following individuals, parties, and/or representatives did not appear:

2    (3)    The outcome of the proceeding was:

3    ☐ The case has been completely settled.

4    ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7    ☐ The parties agree to an additional follow up settlement on

8 _____.

9    ☒ The parties are unable to reach an agreement at this time.

10

Date:   June 8, 2009

11 _____
Nandor J Vadas
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

2                    UNITED STATES DISTRICT COURT

3               NORTHERN DISTRICT OF CALIFORNIA

4

5 MOORE                            No. C 06-2105 SBA

6 v.                             CERTIFICATE OF SERVICE

7 CDC

8 _____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
9 District Court, Northern District of California.

10 That on 6/8/09, I SERVED a true and correct copy of the attached, by placing said copy in
a postage paid envelope addressed to the person(s) listed below, by depositing said
11 envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle
located in the Office of the Clerk.

12

13 **Jumah Ali-Thomas Moore**
D-62389
14 Pelican Bay State Prison
P.O. Box 7000
15 Crescent City, CA 95532

16

17

18                            RICHARD W. WIEKING, CLERK

19

20

21                          By:/s/_____

22                              Deputy Clerk

23

24

25

26

27

28                            3

**United States District Court**
For the Northern District of California