UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JUMAH ALI-THOMAS MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. THOMAS, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 06-2105 SBA/NJV<br><br>NOTICE AND ORDER SETTING<br>TELEPHONIC CONFERENCE RE:<br>FURTHER SETTLEMENT PROCEEDINGS |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of the parties, Magistrate Judge Vadas will conduct a telephonic conference on Wednesday, March 17, 2010 at 1:00 p.m. to discuss whether further settlement proceedings would be productive at this time. The Court will initiate the conference call to Mr. Hoogland at (415) 374-2308 and to Mr. Maiorino at (415) 703-5975. Should either party desire the Court to contact them at a different telephone number, he may notify the Court via email (NJVpo@cand.uscourts.gov) no later than 5:00 p.m. on Tuesday, March 16, 2010.

IT IS SO ORDERED.

Dated: March 11, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge