IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Jumah Ali-Thomas Moore,<br><br>Plaintiff,<br><br>v.<br><br>M. Thomas, et al.,<br><br>Defendants. | C-06-2105 SBA<br><br>**[PROPOSED] ORDER & STIPULATION TO MODIFY TIME UNDER CIVIL LOCAL RULE 6-2**<br><br>Judge: Hon. Saundra B. Armstrong<br>Trial Date: September 20, 2010<br>Action Filed: October 24, 2005 |
|---|---|

Defendants Matthews, Vogel-Pace, Arroyo, Zamora, Baez, and Tsai (Defendants) have sought to modify time under Civil Local Rule 6-2. The parties have entered the following stipulation concerning the proposed modifications to the discovery schedule:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

| Discovery | Former Deadline | New Deadline |
|---|---|---|
| General Discovery Cut-off | May 3, 2010 | May 24, 2010 |
| Expert Witness Disclosure | June 1, 2010 | June 11, 2010 |
| Expert Discovery Cut-off | July 1, 2010 | July 9, 2010 |

March 19, 2010

Mark Hoogland
Hogan & Hartson LLP
Attorneys for Plaintiff Jumah Ali-Moore

March 19, 2010

Trace O. Maiorino
Deputy Attorney General
Attorneys for Defendants Matthews, Vogel-Pace, Arroyo, Zamora, Baez, and Tsai

## ORDER

Having considered the stipulation between the parties and the Court's files, and for good cause appearing,

IT IS HEREBY ORDERED THAT the deadlines set on December 16, 2009 are modified as follows:

| Discovery | Former Deadline | New Deadline |
|---|---|---|
| General Discovery Cut-off | May 3, 2010 | May 24, 2010 |
| Expert Witness Disclosure | June 1, 2010 | June 11, 2010 |
| Expert Discovery Cut-off | July 1, 2010 | July 9, 2010 |

IT IS SO ORDERED.

Dated: 3/26/10

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court

2

[Proposed] Order & Stip. Modify Time (C-06-2105 SBA)