Megan Dixon (State Bar No. 162895)
Mark V. Hoogland (State Bar No. 244559)
Nimrod Haim Aviad (State Bar No. 259705)
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd floor
San Francisco, California 94111
Telephone:    (415) 374-2300
Facsimile:    (415) 374-2499

Attorneys for Plaintiff
JUMAH ALI-THOMAS MOORE

[Additional Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| Jumah Ali-Thomas Moore,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>M. Thomas, et al.,<br><br>　　　　　Defendants. | Case No. C-06-2105 (SBA)<br><br>**ORDER REQUIRING PLAINTIFF'S PARTICIPATION BY PHONE IN SETTLEMENT CONFERENCE**<br><br>**Conference Date:** April 14, 2010<br>**Time:** 1:00 p.m.<br>**Courtroom:** D, SF Federal Building<br>**Judge:** The Honorable Nandor J. Vadas |

Pursuant to this Court's Order Setting Further Settlement Conference, dated April 2, 2010, the parties to the above-captioned matter hereby submit this request that Plaintiff, Mr. Jumah Ali-Thomas Moore, CDCR No. D-62389, be made available by phone throughout the duration of the settlement conference, commencing on April 14, 2010 at 1:00 PM.

Dated:  April 7, 2010

HOGAN & HARTSON LLP

*/s/ Mark V. Hoogland*
Mark V. Hoogland

*Attorneys for Plaintiff Jumah Ali-Thomas Moore*

Dated:  April 7, 2010

EDMUND G. BROWN JR.
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General

*/s/ Trace O. Maiorino*
Trace O. Maiorino
Deputy Attorney General

*Attorneys for Defendants Zamora, Baez, Tsai, Arroyo, Matthews, and Vogel-Pace*

I, Mark V. Hoogland, attest that Trace O. Maiorino has read and approved the [PROPOSED] ORDER REQUIRING PLAINTIFF'S PARTICIPATION BY PHONE IN SETTLEMENT CONFERENCE and consents to its filing in this action.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| Jumah Ali-Thomas Moore,<br><br>       Plaintiff,<br><br>   vs.<br><br>M. Thomas, et al.,<br><br>       Defendants. | Case No. C-06-2105 (SBA)<br><br>**ORDER REQUIRING PLAINTIFF'S PARTICIPATION BY PHONE IN SETTLEMENT CONFERENCE**<br><br>**Conference Date:** April 14, 2010<br>**Time:** 1:00 p.m.<br>**Courtroom:** D, SF Federal Building<br>**Judge:** The Honorable Nandor J. Vadas |

Plaintiff, JUMAH ALI-THOMAS MOORE, CDCR No. D-62389 ("Mr. Moore"), is a necessary participant in the settlement proceedings scheduled for April 14, 2010, at 1:00 p.m. Mr. Moore is confined at the California Medical Facility, Vacaville, in the custody of the Warden. It is necessary that an Order be issued commanding the California Medical Facility Warden to make Mr. Moore available by telephone during the settlement conference to ensure that Mr. Moore is able to communicate with his counsel.

ACCORDINGLY, IT IS ORDERED that:

1. The Warden of the California Medical Facility, Vacaville, and the California Department of Corrections and Rehabilitation will make inmate JUMAH ALI-THOMAS MOORE, CDCR No. D-62389, available by phone during the settlement conference to be held at the Phillip Burton Federal Building in San Francisco, California, on April 14, 2010, beginning at 1:00 p.m.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this order.

IT IS SO ORDERED.

Dated: April 7, 2010



_____
HONORABLE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE