IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUMAH ALI-THOMAS MOORE,

    Plaintiff,

    v

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

    Defendants.

Case No C 06-2105 SBA (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on April 30, 2010. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff's counsel, Megan Dixon and Mark Hoogland

☐  Warden or warden's representative

☒  Office of the California Attorney General, Trace Maiorino

☐  Other: California Department of Corrections and Rehabilitation

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____ .

9  ☒ The parties are unable to reach an agreement at this time but consent to proceed

10 before Magistrate Judge Nandor J. Vadas for all proceedings.

11 Date:  5/11/10

12 Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California