Megan Dixon (State Bar No. 162895)
Mark V. Hoogland (State Bar No. 244559)
Nimrod Haim Aviad (State Bar No. 259705)
HOGAN LOVELLS US LLP
4 Embarcadero Center, 22nd floor
San Francisco, California 94111
Telephone:    (415) 374-2300
Facsimile:     (415) 374-2499

Attorneys for Plaintiff
JUMAH ALI-THOMAS MOORE

[Additional Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Jumah Ali-Thomas Moore,<br><br>          Plaintiff,<br><br>     vs.<br><br>M. Arroyo, L. Baez, C. Matthews, C. Tsai, C. Vogel-Pace, and L. Zamora,<br><br>          Defendants. | Case No. C-06-2105 (SBA)<br><br>**STIPULATION AND ORDER TO PROCEED BEFORE MAGISTRATE JUDGE VADAS**<br><br>**Trial Date:**  September 20, 2010<br>**Judge:**  The Honorable Saundra B. Armstrong<br>**Action Filed:**  October 24, 2005 |

1     WHEREAS the parties to this litigation, Plaintiff Jumah Ali-Thomas Moore ("Mr. Moore") and Defendants M. Arroyo, L. Baez, C. Matthews, C. Tsai, C. Vogel-Pace, and L. Zamora (collectively, the "Parties") have negotiated a resolution in principle before the Honorable Magistrate Judge Nandor Vadas;

    WHEREAS the Parties have reached an agreement on the terms of a mutually agreeable resolution of this case;

    WHEREAS the Parties require additional time to resolve the calculation of Mr. Moore's restitution fines and the total amount owed;

    WHEREAS the deadline for non-expert discovery is May 24, 2010;

    WHEREAS, given the resolution, the Parties have agreed to stay all discovery pending clarification of the restitution amount;

STIPULATION AND [PROPOSED] ORDER TO PROCEED BEFORE MAGISTRATE JUDGE VADAS     1     CASE NO.: C 06-2105-SBA

1 | THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants, through their respective counsel of record, as follows:

The Parties consent to proceed before the Honorable Nandor Vadas for all proceedings including jury trial, if necessary.

IT IS SO STIPULATED AND AGREED.

DATED: May 11, 2010                              HOGAN LOVELLS US LLP

                                                 By:     /s/ Mark V. Hoogland
                                                         Mark V. Hoogland

                                                 Attorneys for Plaintiff
                                                 JUMAH ALI-THOMAS MOORE

DATED: May 11, 2010                              EDMUND G. BROWN JR.
                                                 Attorney General of California
                                                 THOMAS S. PATTERSON
                                                 Supervising Deputy Attorney General


                                                 By:     /s/ Trace Maiorino
                                                         TRACE MAIORINO
                                                 Deputy Attorney General
                                                 *Attorneys for Defendants Zamora, Baez, Tsai, Arroyo, Matthews, and Vogel-Pace*

    I, Mark Vrooman Hoogland, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO PROCEED BEFORE MAGISTRATE JUDGE VADAS. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

---

STIPULATION AND [PROPOSED] ORDER TO
PROCEED BEFORE MAGISTRATE JUDGE                                    CASE NO.: C 06-2105-SBA
VADAS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that Case No. C 06-2105 (SBA) is assigned to the Honorable Magistrate Judge Nandor Vadas for all proceedings including jury trial, if necessary.

IT IS SO ORDERED.

DATED:  May 12, 2010

_____
THE HONORABLE SAUNDRA B. ARMSTRONG

STIPULATION AND [PROPOSED] ORDER TO
PROCEED BEFORE MAGISTRATE JUDGE           CASE NO.: C 06-2105-SBA
VADAS