UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JUMAH ALI-THOMAS MOORE,<br><br>　　Plaintiff,<br><br>　v.<br><br>M. THOMAS, et al.,<br><br>　　Defendants. | Case No.  1:06-CV-02105-NJV<br><br>**ORDER VACATING STATUS CONFERENCE AND DIRECTING CLERK TO TERMINATE CASE** |

　　In light of the parties' settlement and agreement to dismiss this case, the status conference set for November 23, 2010 is hereby VACATED.  The Clerk is directed to terminate the case.

　　IT IS SO ORDERED.

DATED: November 5, 2010

_____
The Honorable Nandor J. Vadas
U.S. District Court for the
Northern District of California